930

No. 77, Misc.   ROSEN v. FOLLETTE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 1306, Misc.   TAYLOR v. COX, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 1586, Misc.   LIMBAUGH v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 1589, Misc.   ROLON v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 1654, Misc.   NICHOLSON v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 1685, Misc.   EVANS v. CITY OF DETROIT ET AL. C. A. 6th Cir.   Certiorari denied.

No. 1695, Misc.   SMITH v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 1724, Misc.   WILSON v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 1728, Misc.   DOWNS v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 1818, Misc.   MCHENRY v. MICHIGAN STATE PAROLE BOARD.   C. A. 6th Cir.   Certiorari denied.

No. 1820, Misc.   THOMPSON v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 1839, Misc.   BOLDEN v. MOSELEY, WARDEN. C. A. 10th Cir.   Certiorari denied.

No. 1841, Misc.   MCCLENDON v. PARKER.   C. A. 3d Cir.   Certiorari denied.